**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**LOS REYES FIREWOOD; and PABLO REYES,**

      **Plaintiffs,**

**v.**                                    **No.  16-498**

**STATE OF NEW MEXICO; GOVERNOR**
**SUSANA MARTINEZ; SOCORRO COUNTY**
**SHERIFF WILLIAM ARMIJO; and OTHER**
**JOINTER PARTIES NOT YET MENTIONED,**

      **Defendants.**

## NOTICE OF REMOVAL

COMES NOW defendant Socorro County Sheriff William Armijo, by and through counsel, Wallin, Huss & Associates, LLC (Brandon Huss and Dennis K. Wallin), and state:

1. Pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446, Defendant exercises his right to remove this action from the Seventh Judicial District, County of Socorro, State of New Mexico, where the case is now pending by the name and style of *Los Reyes Firewood; and Pablo Reyes v. State of New Mexico; Governor Susana Martinez; Socorro County Sheriff William Armijo; and Other Joinder Parties Not Yet Mentioned,* Seventh Judicial District Court No. D-725-CV-2016-00020. The plaintiffs' action, upon information and belief, arises out of alleged Rico violations. See Complaint at Counts 3 and 4.

2. This Court has original jurisdiction as provided in 28 U.S.C. 1951 in that the cause arises from alleged Rico violations brought pursuant to 18 U.S.C. 1951 and 26 U.S.C. 7201.

3. The return of service which reflects that defendant Socorro County Sheriff William Armijo was served by hand delivery on March 11, 2016, is in error because Sheriff Armijo was never served with a copy of the underlying complaint.

4. On April 28, 2016 a copy of the complaint was provided to the County Clerk.

5. Service has not been perfected on defendant Governor Susana Martinez.

6. This Notice of Removal is timely filed because defendant Socorro County Sheriff William Armijo did not learn of this suit until April 28, 2016, and defendant Susana Martinez has not been effectively served.

7. Pursuant to the requirements of 28 U.S.C. § 1446, defendant attaches, and incorporates by reference, copies of the following pleadings against the defendants in this action:

   A. Complaint (Exhibit A);

   B. Copy of defective Return of Service for Socorro County Sheriff William Armijo (Exhibit B);

   C. Copy of defective Return of Service for Governor Susana Martinez (Exhibit C);

   D. Copy of the New Mexico Courts Lookup page (Exhibit D).

8. Defendants desire and are entitled to have this cause removed from the Seventh Judicial District, County of Socorro, State of New Mexico.

9. Written notice of the filing of this Notice is being sent contemporaneously to plaintiff as required by law.

10. A true and accurate copy of this notice will be filed with the clerk of the Seventh Judicial District Court, County of Socorro, State of New Mexico, as required by law.

Respectfully submitted,

WALLIN, HUSS & ASSOCIATES, LLC


By:    /s/ Brandon Huss
          BRANDON HUSS
          DENNIS K. WALLIN
          P.O. Box 696
          Moriarty, New Mexico 87035
          (505) 832-6363
          bh@whmlawfirm.com
          dkw@whmlawfirm.com
          *Attorneys for Defendants*


I HEREBY CERTIFY that on the 27th day of May, 2016,
I caused the foregoing Notice of Removal to be served via
electronic means on all counsel of record and to be filed with the
New Mexico state district court.


/s/ Brandon Huss
 Brandon Huss